FILED AH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2020 JAN 14  P 1: 26

| UNITED STATES OF AMERICA | ) | Criminal No.: 1:20-MJ-19 |
|---|---|---|
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| ENRIQUE S. SALOME, | ) | Court Date: January 27, 2020 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 6774505)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 25, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ENRIQUE S. SALOME, while under the age of 21, did possess an alcoholic beverage.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 4.1-305(A), 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 14 day of January 2020 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov